# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2015

## NO. 03-13-00589-CR

**Roger Eugene Fain, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order entered by the trial court denying forensic DNA testing. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.